IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| SCOTT D. CYPHERT ) | Bankruptcy No. 16-21313-CMB |
| JENNIFER A. CYPHERT, ) | |
| **Debtor(s)** ) | Chapter 13 |
| ) | |
| AMERICAN HONDA FINANCE ) | Related To Document No. 36 and 37 |
| CORPORATION, ) | |
| **Movant** ) | |
| v. ) | **Response Deadline:  8/14/16** |
| ) | |
| SCOTT D. CYPHERT ) | **Hearing Date:  8/24/16** |
| JENNIFER A. CYPHERT ) | |
| THEODORE JAMES ALCANTARA, ) | |
| **Respondent(s)** ) | |

RONDA J. WINNECOUR,
  **Trustee**

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on July 28, 2016, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay And Co-Debtor Stay filed in this proceeding on:

| | | |
|---|---|---|
| Scott and Jennifer Cyphert | Theodore Alcantara | Daniel P. Foster, Esq. |
| 239 F. Whitestown Village | 239 F. Whitestown Village | Foster Law Offices |
| Butler, PA 16001 | Butler, PA 16001 | P.O. Box 966 |
| (Debtors) | (Co-Debtor) | Meadville, PA 16335 |
| | | (Attorney For Debtors) |

| | |
|---|---|
| Ronda J. Winnecour | Office of the United States Trustee |
| Suite 3250, USX Tower | Liberty Center |
| 600 Grant Street | 1001 Liberty Avenue, Suite 970 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| (Trustee) | (U.S. Trustee) |

/s/ William E. Craig
William E. Craig, Esquire
PA ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com