IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>SCOTT D. CYPHERT<br>JENNIFER A. CYPHERT,<br>    **Debtor(s)**<br><br>AMERICAN HONDA FINANCE CORPORATION,<br>    **Movant**<br>      v.<br><br>SCOTT D. CYPHERT<br>JENNIFER A. CYPHERT<br>  THEODORE JAMES ALCANTARA,<br>    **Respondent(s)**<br><br>RONDA J. WINNECOUR,<br>    **Trustee** | Bankruptcy No. 16-21313-CMB<br><br>Chapter 13<br><br>Related To Document No. 36<br><br>**Response Deadline: 8/14/16**<br><br>**Hearing Date: 8/24/16**<br><br>**ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this ___17th___ day of ___August___, 2016, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay And Co-Debtor Stay is GRANTED.

Movant American Honda Finance Corporation is permitted to enforce its rights in the property described as a **2015 Honda Civic** bearing vehicle identification number 2HGFB6E55FH710285, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

*Carlota M. Böhm*
UNITED STATES BANKRUPTCY JUDGE

FILED
8/17/16 7:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-21313-CMB
Scott D Cyphert                                                           Chapter 13
Jennifer A Cyphert
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric            Page 1 of 1            Date Rcvd: Aug 17, 2016
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2016.
db/jdb         +Scott D Cyphert,  Jennifer A Cyphert,  239 F Whitestown Village,  Butler, PA 16001-6665

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   PNC Mortgage Company agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel P. Foster    on behalf of Joint Debtor Jennifer A Cyphert dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Scott D Cyphert dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Matthew F. Marshall    on behalf of Creditor   Butler Armco Employees Credit Union
           mmarshall@dmkcg.com,   jrickabaugh@dmkcg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Craig    on behalf of Creditor   American Honda Finance Corporation
           mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 7