**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY CASE NO. 16-21313-CMB** |
| | : | |
| **Scott D Cyphert and** | : | **CHAPTER 13** |
| **Jennifer A Cyphert,** | : | |
| Debtors, | : | |
| _____ | : | **DOCKET NO.: 72** |
| **PNC Bank, NA,** | : | |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Scott D Cyphert and** | : | |
| **Jennifer A Cyphert,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee** | : | |
| Respondents. | : | |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

The Chapter 13 Plan payment amount dated May 3, 2016 is sufficient to fund the Chapter 13 Plan moving forward. Debtor's attorney has reviewed the existing Plan and finds that the existing payment is adequate. The current payment amount is **$580.05**. The new post-petition monthly payment payable to **PNC Bank, NA** is **$584.53**, effective **December 1, 2020** per the escrow notice filed **October 22, 2020**.

|  |  |
|---|---|
| | Respectfully submitted, |
| Date: <u>November 30, 2020</u> | /s/ Daniel P. Foster, Esquire |
| | Daniel P. Foster |
| | PA I.D. # 92376 |
| | Foster Law Offices |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Phone: 814.724.1165 |
| | Fax: 814.724.1158 |