**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 16-21313-CMB |
| | : | |
| Scott D Cyphert and | : | CHAPTER 13 |
| Jennifer A Cyphert, | : | |
|     Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 72 |
| PNC Bank, NA, | : | |
|     Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| Scott D Cyphert and | : | |
| Jennifer A Cyphert, | : | |
| | : | |
|     And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee | : | |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Declaration Regarding Mortgage Payment Change** on the parties listed below.

Executed on: November 30, 2020

By: /s/ Kristen N. Dennis
Kristen N. Dennis, Paralegal
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

KML Law Group PC
c/o Brian Nicholas
bnicholas@kmllawgroup.com

Scott & Jennifer Cyphert
239 F Whitestone Village
Butler PA 16001