**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/19/2021

IN RE:

SCOTT D CYPHERT
JENNIFER A CYPHERT
239 F WHITESTOWN VILLAGE
BUTLER, PA 16001
XXX-XX-1897          Debtor(s)

XXX-XX-6384

Case No. 16-21313 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/19/2021

/s/Trustee'sAdministrativAssistant  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc / Account |
|---|---|---|---|
| **PNC BANK NA**<br>C/O PNC MORTGAGE<br>ATTN BANKRUPTCY DEPT<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0826 |
| **AMERICAN HONDA FINANCE CORP***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX 75016-8088 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: RS/DOE*SURR/PL*CL=34034.45 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1708 |
| **BUTLER ARMCO EMPLOYEES CU***<br>POB 1589*<br>BUTLER, PA 16003-1589 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RS/DOE*SURR/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0092 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 15,817.22<br>COMMENT: 0005/SCH*FR PHEAA-DOC 62 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1897 |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY 14240-1375 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FRN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY 14240-1375 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FRN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0006 |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY 14240-1375 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FRN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0004 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 21,820.92<br>COMMENT: 0001/SCH*FR PNC/PHEAA-DOC 58 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6384 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 8,746.85<br>COMMENT: 0002/SCH*FR PHEAA-DOC 61 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1897 |
| **BUTLER ARMCO EMPLOYEES CU***<br>POB 1589*<br>BUTLER, PA  16003-1589 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0087 |
| **BUTLER ARMCO EMPLOYEES CU***<br>POB 1589*<br>BUTLER, PA  16003-1589 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0086 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 2,448.64<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4034 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 2,433.82<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5918 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 956.35<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5203 |
| **PENN CREDIT CORP++**<br>POB 988*<br>HARRISBURG, PA  17108 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BUTLER MMRL HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6275 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 2,463.89<br>COMMENT: 7975/SCH*VICTORIAS SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4680 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 3,505.02<br>COMMENT: CARE CREDIT/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7040 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083-0657 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 338.73<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8111 |

# CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **BUTLER MEMORIAL HOSPITAL**<br>ONE HOSPITAL WAY<br><br>BUTLER, PA 16001 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>C/O PNC MORTGAGE<br>ATTN BANKRUPTCY DEPT<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 4,311.57<br>COMMENT: CL13GOV*2397/PL@PNC MTG*THRU 4/16*PIF@PNC MTG*DK | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0826 |
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV**<br>PO BOX 5008<br><br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 113.44<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8661 |
| **UNIVERSITY OF PITTSBURGH- PHYSICIANS**<br>C/O GURSTEL CHARGO PA<br>6681 COUNTRY CLUB DR<br>GOLDEN VALLEY, MN 55427 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 360.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1897 |