Certificate Number: 02998-PAW-DE-035714463

Bankruptcy Case Number: 16-21313



02998-PAW-DE-035714463

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 28, 2021, at 1:11 o'clock PM EDT, Jennifer Cyphert completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  May 28, 2021            By:   /s/Angela  McMillan

                                                      Name:  Angela  McMillan

                                                      Title:  Counselor