## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |
|---|---|
| Scott D Cyphert and Jennifer A Cyphert, | Bankruptcy No: 16-21313-CMB |
| *Debtors*, | Chapter 13 |
| vs. |  |
|  | DOCKET NO.: |
| Wells Fargo Dealer Services, |  |
| *Movant*, |  |

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:** **Wells Fargo Dealer Services**
**Incorrect Address:** PO Box 3569, Ranch Cucamonga, CA 91729-3569
**Correct Address:** P.O. Box 168048, Irving, TX 75016-8048

Respectfully Submitted,

Date: July 8, 2021

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors