| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Scott D Cyphert** | Social Security number or ITIN    xxx–xx–1897 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jennifer A Cyphert** | Social Security number or ITIN    xxx–xx–6384 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–21313–CMB** | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott D Cyphert                    Jennifer A Cyphert

8/13/21                    **By the court:**    Carlota M. Bohm
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Scott D Cyphert  
Jennifer A Cyphert  
    Debtors

Case No. 16-21313-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 3 |
| Date Rcvd: Aug 13, 2021 | Form ID: 3180W | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott D Cyphert, Jennifer A Cyphert, 239 F Whitestown Village, Butler, PA 16001-6665 |
| 14209110 | + | AES / PNC Bank, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 14209111 | + | Aes / PNC National City, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14209109 | + | Aes / Pheaa FRN, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14209114 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 14209119 | + | National City Mortgage / PNC Mortgage, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342-5433 |
| 14232950 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14284784 | + | Univ of Pittsburgh Physicians, 6681 Country Club Drive, Golden Valley MN 55427-4601 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 14 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2021 23:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 14 2021 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2021 23:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: mmcconnell@baecu.com | Aug 13 2021 23:13:00 | Butler Armco Employees Credit Union, 101 Hollywood Drive, P.O. Box 1589, Butler, PA 16003-1589 |
| 14209112 | | EDI: HNDA.COM | Aug 14 2021 03:18:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 14218513 | | EDI: HNDA.COM | Aug 14 2021 03:18:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 14283983 | | EDI: DIRECTV.COM | Aug 14 2021 03:18:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14209113 | + | Email/Text: mmcconnell@baecu.com | Aug 13 2021 23:13:00 | Butler Armco Employees Credit Union, Po Box |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 1589, Butler, PA 16003-1589 |
| 14209115 | + | EDI: CAPITALONE.COM | Aug 14 2021 03:08:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14209116 | + | EDI: CAPONEAUTO.COM | Aug 14 2021 03:18:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14233323 | | EDI: CAPITALONE.COM | Aug 14 2021 03:08:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14209118 | + | EDI: WFNNB.COM | Aug 14 2021 03:08:00 | Comenity Bank / Victoria's Secret, Po Box 182125, Columbus, OH 43218-2125 |
| 14282610 | | EDI: Q3G.COM | Aug 14 2021 03:18:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14632329 | + | EDI: ECMC.COM | Aug 14 2021 03:18:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14248169 | + | EDI: MID8.COM | Aug 14 2021 03:18:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14288150 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 13 2021 23:13:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14258327 | | EDI: Q3G.COM | Aug 14 2021 03:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14209120 | + | EDI: RMSC.COM | Aug 14 2021 03:08:00 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14209121 | + | EDI: RMSC.COM | Aug 14 2021 03:08:00 | Synchrony Bank / JCPenneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14209122 | + | EDI: USAA.COM | Aug 14 2021 03:08:00 | USAA Federal Savings Bank, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14209123 | + | EDI: CITICORP.COM | Aug 14 2021 03:08:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 14209124 | | EDI: WFFC.COM | Aug 14 2021 03:18:00 | Wells Fargo Dealer Services, Po Box 168048, Irving, TX 75016-8048 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Mortgage Company |
| cr | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corporation, PO Box 168088, Irving, TX 75016 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14234786 | *+ | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14209117 | ##+ | Central Credit / Penn Credit Corporation, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 16-21313-CMB    Doc 95    Filed 08/15/21    Entered 08/16/21 00:34:25    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: aala | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: 3180W | Total Noticed: 29 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor PNC Mortgage Company agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Jennifer A Cyphert dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Scott D Cyphert dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Joshua I. Goldman | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Matthew F. Marshall | on behalf of Creditor Butler Armco Employees Credit Union mmarshall@dmkcg.com jrickabaugh@dmkcg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9